Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−14131−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony Michael Ryan                    Jessica Pacres Ryan
   615 Wildwood Road                      aka Jessica Pacres
   Allenhurst, NJ 07711                 615 Wildwood Road
                                           Allenhurst, NJ 07711

Social Security No.:
   xxx−xx−4102                                xxx−xx−8702

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 18, 2015.

On August 16, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                September 28, 2016
Time:              10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 18, 2016
JJW: pbf

                                                                              James J. Waldron
                                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                   Case No. 15-14131-KCF
Anthony Michael Ryan                                     Chapter 13
Jessica Pacres Ryan
       Debtors
                           CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2        Date Rcvd: Aug 18, 2016
                            Form ID: 185             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db/jdb         +Anthony Michael Ryan,   Jessica Pacres Ryan,   615 Wildwood Road,   Allenhurst, NJ 07711-1334
r               Timothy P Siciliano,   Gavin Agency, LLC,   506 Main Street,   Loch Arbour, NJ  07711
515374450      +Bank Of America,   PO Box 15019,   Wilmington, DE 19850-5019
515374449       Bank Of America,   PO Box 15019,   Wilmington, DE 19886-5019
515374448       Bank Of America,   PO Box  5170,   Simi Valley, CA 93062-5170
515374451      +Best Buy Credit Services,   PO Box 790441,   St Louis, MO 63179-0441
515374452       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
515510266       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515374453       Chase,   PO Box 15123,   Wilmington, DE 19886-5153
515374454      +Citibank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
515456101      +Frances Palmer,   820 Natchez Circle,   Mt. Pleasant, SC 29464-5423
515638085       Kohl's,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
515374457       Marriott Rewards,   PO Box 15123,   Wilmington, DE 19850-5123
515374459       NJ Family Support Services Center,   P O Box 5313,   Trenton, NJ  08638-0313
515393784       Nissan - Infiniti LT,   POB 660366,   Dallas, TX 75266-0366
515374458       Nissan Motor Acceptance Corporation,   Bankruptcy Department,   PO Box 660366,
                 Dallas, TX 75266-0366
515403626      +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
515374460      +Pay Pal Credit Services,   2211 North First Street,   San Jose, CA 95131-2021
515374462     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,   Division Of Taxation,   PO Box 245,
                 Trenton, NJ  08695-0245)
515594589      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   Bank of America, N.A.,
                 Attn: Bankruptcy Department,   P.O. Box 5170,   Simi Valley, CA 93062-5170
515374464       USAA Master Card,   PO Box 65020,   San Antonio, TX  78265-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2016 22:29:26     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2016 22:29:24     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516128476      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 18 2016 22:29:48
                 BAYVIEW LOAN SERVICING, LLC,   4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA  33146,   BAYVIEW LOAN SERVICING, LLC,
                 4425 PONCE DE LEON BLVD, 5TH FLOOR,   CORAL GABLES, FLORIDA 33146-1837
516128475      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 18 2016 22:29:48
                 BAYVIEW LOAN SERVICING, LLC,   4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146-1837
515374455       E-mail/Text: cio.bncmail@irs.gov Aug 18 2016 22:29:03     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA  19101-7346
515374456       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2016 22:28:53    Kohls,   P.O. Box 3043,
                 Milwaukee, WI  53201-3043
515374461       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:25:27
                 Portfolio Recovery,   120 Corporate Blvd, STE 100,   Norfolk, VA  23502-4962
515610661       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:25:26
                 Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
515610735      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:25:05
                 Portfolio Recovery Associates, LLC c/o Best Buy,   POB 41067,   Norfolk VA 23541-1067
515670281       E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2016 22:24:32     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515432442      +E-mail/Text: bncmail@w-legal.com Aug 18 2016 22:29:31     USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515374463      +E-mail/Text: bnc@alltran.com Aug 18 2016 22:28:46     United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515374447     ##+Allied Interstate,   P.O. Box 4000,   Warrenton, VA 20188-4000
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 18, 2016
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Joseph    Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net, jcasello627@gmail.com
        Joseph    Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net, jcasello627@gmail.com
        Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                                                     TOTAL: 5