Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                              Case No.: _____15-14131_____

Anthony and Jessica Ryan                             Judge: _____Kathryn Ferguson_____

                                                    Chapter: 13

           Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required        ☒ Discharge Sought
☐ Motions Included    ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date: _____8/16/16_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ ____3,143____ per ____Month____ to the Chapter 13 Trustee, starting on ____August 23, 2016____ for approximately ____42____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☐ Future earnings

   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Collins, Vella & Casello, LLC | Attorney fees | $1,000 |
| Internal Revenue Service | Taxes | $59,199.41 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bayview | 615 Wildwood Road, Allenhurst, NJ | $2,865 | | $ 2,865 | $4437.56 |

b. **Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

c. **Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| NONE | | | |

3

d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

e. Secured Claims to be Paid in Full Through the Plan:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Service | Tax Lien | 49,128.89 |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than ____10____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| NONE | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Nissan Motor Acceptance | Auto lease | Assumed |

4

**Part 7: Motions**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| NONE | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| NONE | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
  ☒ Upon confirmation
  ☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:
  1) Trustee commissions
  2) Secured Claims
  3) Priority Claims
  4) Unsecured claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____ 7/20/2015 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor has more income now and does not need to sell his house. | Removed sale of residence as part of the plan. Payments to creditors adjusted as per claims and remaining balances. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

6

**Part 10: Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 8/16/16

_____
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 8/16/2016

_____
Debtor

Date: 8/16/2016

_____
Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-14131-KCF
Anthony Michael Ryan                                                Chapter 13
Jessica Pacres Ryan
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Aug 18, 2016
                              Form ID: pdf901            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
```
db/jdb         +Anthony Michael Ryan,    Jessica Pacres Ryan,    615 Wildwood Road,    Allenhurst, NJ 07711-1334
r               Timothy P Siciliano,    Gavin Agency, LLC,    506 Main Street,    Loch Arbour, NJ  07711
515374450      +Bank Of America,    PO Box 15019,    Wilmington, DE 19850-5019
515374449       Bank Of America,    PO Box 15019,    Wilmington, DE 19886-5019
515374448       Bank Of America,    PO Box  5170,    Simi Valley, CA 93062-5170
515374451      +Best Buy Credit Services,    PO Box 790441,    St Louis, MO 63179-0441
515374452       Capital One,    P.O. Box 30285,    Salt Lake City, UT  84130-0285
515510266       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515374453       Chase,    PO Box 15123,    Wilmington, DE  19886-5153
515374454      +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
515456101      +Frances Palmer,    820 Natchez Circle,    Mt. Pleasant, SC 29464-5423
515638085       Kohl's,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
515374457       Marriott Rewards,    PO Box 15123,    Wilmington, DE  19850-5123
515374459       NJ Family Support Services Center,    P O Box 5313,    Trenton, NJ  08638-0313
515393784       Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
515374458       Nissan Motor Acceptance Corporation,    Bankruptcy Department,    PO Box 660366,
                 Dallas, TX  75266-0366
515403626      +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
515374460      +Pay Pal Credit Services,    2211 North First Street,    San Jose, CA 95131-2021
515374462     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,     Division Of Taxation,    PO Box 245,
                 Trenton, NJ  08695-0245)
515594589      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Bank of America, N.A.,
                 Attn: Bankruptcy Department,    P.O. Box 5170,    Simi Valley, CA 93062-5170
515374464       USAA Master Card,    PO Box 65020,    San Antonio, TX  78265-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2016 22:29:27      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2016 22:29:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516128476      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 18 2016 22:29:48
                 BAYVIEW LOAN SERVICING, LLC,     4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA  33146,    BAYVIEW LOAN SERVICING, LLC,
                 4425 PONCE DE LEON BLVD, 5TH FLOOR,    CORAL GABLES, FLORIDA 33146-1837
516128475      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 18 2016 22:29:48
                 BAYVIEW LOAN SERVICING, LLC,     4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146-1837
515374455       E-mail/Text: cio.bncmail@irs.gov Aug 18 2016 22:29:05      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
515374456       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2016 22:28:55      Kohls,    P.O. Box 3043,
                 Milwaukee, WI  53201-3043
515374461       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:25:09
                 Portfolio Recovery,    120 Corporate Blvd, STE 100,    Norfolk, VA  23502-4962
515610661       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:25:32
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515610735      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 22:24:47
                 Portfolio Recovery Associates, LLC c/o Best Buy,     POB 41067,    Norfolk VA 23541-1067
515670281       E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2016 22:25:27      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515432442      +E-mail/Text: bncmail@w-legal.com Aug 18 2016 22:29:31      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515374463      +E-mail/Text: bnc@alltran.com Aug 18 2016 22:28:46      United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515374447     ##+Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 18, 2016
                              Form ID: pdf901          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Joseph   Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net, jcasello627@gmail.com
              Joseph   Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net, jcasello627@gmail.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5