UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anthony and Jessica Ryan

Case No.: 15-14131

Chapter: 13

Judge: Kathryn C. Ferguson

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: Joseph Casello, Esq.

This will confirm that on 10/27/16 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I & J,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 10/28/2016                James J. Waldron, Clerk

*rev.9/13/16*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                       Case No. 15-14131-KCF
Anthony Michael Ryan                                         Chapter 13
Jessica Pacres Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 28, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db/jdb         +Anthony Michael Ryan,    Jessica Pacres Ryan,    615 Wildwood Road,    Allenhurst, NJ 07711-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
          John R. Morton, Jr.     on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph    Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph    Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6