**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | _____ |
|---|---|---|
| | Hearing Date: | _____ |
| | Chapter: | _____ |
| | Judge: | _____ |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**  _____

**Location of Hearing:**    Courtroom No. \_\_\_\_\_
_____
_____
_____

**Date and Time:**  _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ❑  **ARE REQUIRED**    ❑  **ARE NOT REQUIRED**

DATE: _____       JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following: Debtor and US Trustee

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

*rev.1/4/17*