**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Anthony Michael Ryan and Jessica Pacres Ryan | Case No.: 15-14131<br>Hearing Date: September 12, 2018<br>Chapter: 13<br>Judge: Kathryn C. Ferguson |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable __Kathryn C. Ferguson__, United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Debtor's Claim of Exemptions

**Location of Hearing:**   Courtroom No. __2__
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:**   September 12, 2018 @ 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: August 21, 2018

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on __August 21__, 20__18__ this notice was served on the following: Debtor and US Trustee

JEANNE A. NAUGHTON, Clerk

By: Geraldine Holley-Mack
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-14131-KCF
Anthony Michael Ryan                                                        Chapter 13
Jessica Pacres Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Aug 21, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db/jdb         +Anthony Michael Ryan,    Jessica Pacres Ryan,    615 Wildwood Road,    Allenhurst, NJ 07711-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
              Charles G. Wohlrab     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab     on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR
               THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2)
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.     on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph   Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net,
               jcasello627@gmail.com
              Joseph   Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net,
               jcasello627@gmail.com
              Joshua I. Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen     on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING
               AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2)
               nj.bkecf@fedphe.com
                                                                                               TOTAL: 12