UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anthony & Jessica Pacres Ryan

Case No.: 15-14131 KCF
Chapter: 13
Judge: Ferguson

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Jessica Pacres Ryan, Chapter 13 Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn Ferguson on October 10, 2018 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street Trenton New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Anthony Ryan one of the debtors in the above captioned case passed away on July 28, 2018. Jesscia Ryan the co-debtor in this case is the beneficiary of a life insurance policy of $90,000. The Debtors have a 10 year old son and Jessica Ryan has limited income. She claimed the insurance proceeds as exempt and the Trustee has objected.

Pertinent terms of settlement: Jessica Ryan shall turn over to the Trustee sufficient funds to pay off the Chapter 13 plan. The remaining funds from the life insurance proceeds shall be deemed exempt pursuant to 11 U.S.C. section 522(d)(11)(C).

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Michael Ryan  
Jessica Pacres Ryan  
    Debtors

Case No. 15-14131-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Sep 11, 2018  
                         Form ID: pdf905    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.

```
db/jdb         +Anthony Michael Ryan,    Jessica Pacres Ryan,    615 Wildwood Road,    Allenhurst, NJ 07711-1334
cr             +BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                 UNITED STATES 75266-0366
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
r               Timothy P Siciliano,    Gavin Agency, LLC,    506 Main Street,    Loch Arbour, NJ 07711
515374449      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE 19886-5019)
515374450      +Bank Of America,    PO Box 15019,    Wilmington, DE 19850-5019
515374448       Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
515374451      +Best Buy Credit Services,    PO Box 790441,    St Louis, MO 63179-0441
515510266       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515374453       Chase,    PO Box 15123,    Wilmington, DE 19886-5153
515374454      +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
515456101      +Frances Palmer,    820 Natchez Circle,    Mt. Pleasant, SC 29464-5423
515638085       Kohl's,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
515374457       Marriott Rewards,    PO Box 15123,    Wilmington, DE 19850-5123
515374459       NJ Family Support Services Center,    P O Box 5313,    Trenton, NJ 08638-0313
515393784       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
515374458       Nissan Motor Acceptance Corporation,    Bankruptcy Department,    PO Box 660366,
                 Dallas, TX 75266-0366
515403626      +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
515374460      +Pay Pal Credit Services,    2211 North First Street,    San Jose, CA 95131-2021
515374462      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
515594589      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America, N.A.,
                 Attn: Bankruptcy Department,    P.O. Box 5170,    Simi Valley, CA 93062-5170
515374464       USAA Master Card,    PO Box 65020,    San Antonio, TX 78265-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516128476      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 23:25:28
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146,    BAYVIEW LOAN SERVICING, LLC,
                 4425 PONCE DE LEON BLVD, 5TH FLOOR,    CORAL GABLES, FLORIDA 33146-1837
516128475      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 23:25:28
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146-1837
515374452       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 23:16:36     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
515374455       E-mail/Text: cio.bncmail@irs.gov Sep 11 2018 23:24:24     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515374456       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 11 2018 23:24:16     Kohls,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
515374461       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:16:36
                 Portfolio Recovery,    120 Corporate Blvd, STE 100,    Norfolk, VA 23502-4962
515610661       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:40:16
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515610735      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:16:36
                 Portfolio Recovery Associates, LLC c/o Best Buy,    POB 41067,    Norfolk VA 23541-1067
515670281       E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 23:17:31     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515432442      +E-mail/Text: bncmail@w-legal.com Sep 11 2018 23:25:13     USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515374463      +E-mail/Text: bnc@alltran.com Sep 11 2018 23:24:09     United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                               TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 11, 2018
                              Form ID: pdf905          Total Noticed: 36
```

515374447     ##+Allied Interstate,   P.O. Box 4000,   Warrenton, VA 20188-4000

          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
      Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR
       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2)
       cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
       Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Joseph Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net,
       jcasello627@gmail.com
      Joseph Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net,
       jcasello627@gmail.com
      Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING
       AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2)
       nj.bkecf@fedphe.com

          TOTAL: 12