| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>COLLINS, VELLA & CASELLO, L.L.C.<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732) 751-1766<br>Attorneys for Debtor<br>Joseph M. Casello, Esq.<br>JC 8964 | Order Filed on December 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>   Anthony Michael Ryan & Jessica Pacres Ryan<br><br>       Debtors | Chapter 13 Case No.:  15-14131<br><br>Judge:  Honorable Kathryn C. Ferguson<br><br>Hearing Date: October 10, 2018 |

**ORDER APPROVING SETTLEMENT**

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: December 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Anthony & Jessica Ryan
Case No: 15-14131
Caption of Order:  Order Approving Settlement

---

This matter having been opened to the Court upon the Objection of the Standing Chapter 13 Trustee to Jessica Pacres Ryan's Amended Claim of Exemption in certain life insurance proceeds and the parties having determined to amicably settle this matter, and for cause shown; it is ORDERED as follows:

1. The Trustee's objection to exemptions is hereby withdrawn.

2. Jessica Pacres Ryan shall pay the total amount necessary to complete the Chapter 13 plan from the life insurance proceeds of Anthony M. Ryan.

3. Any remaining proceeds of the life insurance shall be deemed exempt pursuant to 11 U.S.C. §522(d)(11)(C) and shall be retained by Jessica Ryan Pacres.