**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.
JC 8964

Order Filed on December 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Anthony Michael Ryan & Jessica Pacres Ryan

        Debtors

Chapter 13 Case No.: 15-14131

Judge: Honorable Kathryn C. Ferguson

Hearing Date: October 10, 2018

### ORDER APPROVING SETTLEMENT

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: December 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Anthony & Jessica Ryan
Case No: 15-14131
Caption of Order:  Order Approving Settlement

---

This matter having been opened to the Court upon the Objection of the Standing Chapter 13 Trustee to Jessica Pacres Ryan's Amended Claim of Exemption in certain life insurance proceeds and the parties having determined to amicably settle this matter, and for cause shown; it is ORDERED as follows:

1. The Trustee's objection to exemptions is hereby withdrawn.

2. Jessica Pacres Ryan shall pay the total amount necessary to complete the Chapter 13 plan from the life insurance proceeds of Anthony M. Ryan.

3. Any remaining proceeds of the life insurance shall be deemed exempt pursuant to 11 U.S.C. §522(d)(11)(C) and shall be retained by Jessica Ryan Pacres.

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Michael Ryan
Jessica Pacres Ryan
    Debtors

Case No. 15-14131-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 17, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
db/jdb         +Anthony Michael Ryan,   Jessica Pacres Ryan,   615 Wildwood Road,   Allenhurst, NJ 07711-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
           Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com,   njbankruptcynotifications@logs.com
           Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com,   njbankruptcynotifications@logs.com
           Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
           Joseph   Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net, jcasello627@gmail.com
           Joseph   Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net, jcasello627@gmail.com
           Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
                                                                                         TOTAL: 12