**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for the Debtors
Joseph M. Casello, Esq.

**Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Case No.: 15-14131 |
|---|---|
| Anthony & Jessica Pacres Ryan | Hearing Date: December 12, 2018 at 9:00 a.m. |
| Debtor | Judge: Honorable Kathryn Ferguson, U.S.B.J. |

**ORDER EXCUSING THE DEBTOR FROM COMPLETING A FINANCIAL
MANAGEMENT COURSE PURSUANT TO 11 U.S.C. §1328(g)(2)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:  Anthony & Jessica Pacres Ryan
Case No: 15-14131
Caption of Order: Order Excusing Debtor from Completing a Course on Financial Management Pursuant to 11
U.S.C. 1328(g)(2)

---

This matter having been opened to the Court upon the Debtor's motion for an order excusing Debtor from completing a course on financial management and finding good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1.      The Debtor Anthony Ryan  is excused from the requirement he complete a course on financial management pursuant to 11 U.S.C. §1328(g)(2) and is further excused from filing a certification in support of discharge.

2.      The Debtor Anthony Ryan shall be eligible to receive a discharge without completing a course on financial management and without filing a certification in support of discharge.