# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 15−14131−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony Michael Ryan                                                    Jessica Pacres Ryan
   615 Wildwood Road                                                        aka Jessica Pacres
   Allenhurst, NJ 07711                                                        615 Wildwood Road
                                                                                       Allenhurst, NJ 07711

Social Security No.:
   xxx−xx−4102                                                                xxx−xx−8702

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after March 4, 2019 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 31, 2019
JAN: pbf

                                                                                                                   Jeanne Naughton
                                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Michael Ryan
Jessica Pacres Ryan
    Debtors

Case No. 15-14131-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2019
                      Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.
db/jdb       +Anthony Michael Ryan,  Jessica Pacres Ryan,  615 Wildwood Road,  Allenhurst, NJ 07711-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05    U.S. Attorney,  970 Broad St.,  Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00    United States Trustee,  Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,  Newark, NJ 07102-5235
                                                                                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph  Casello    on behalf of Debtor Anthony Michael Ryan jcasello@cvclaw.net, jcasello627@gmail.com
          Joseph  Casello    on behalf of Joint Debtor Jessica Pacres Ryan jcasello@cvclaw.net, jcasello627@gmail.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-14T2) nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
                                                                                                                                                                                                 TOTAL: 13