Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–14131–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Michael Ryan
615 Wildwood Road
Allenhurst, NJ 07711

Jessica Pacres Ryan
aka Jessica Pacres
615 Wildwood Road
Allenhurst, NJ 07711

Social Security No.:
xxx–xx–4102

xxx–xx–8702

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 4, 2019</u>

<u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court